# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3267
LT Case No. 35-2024-CA-709

_____

ARIF M. KHAN and ANILA ARIF,

    Appellants,

    v.

CHELSEA OAKS AT LAKE
SAUNDERS HOMEOWNERS
ASSOCIATION, INC., and
MARKWEZ CHAPMAN,

    Appellees.

_____

On appeal from the Circuit Court for Lake County.
Lawrence J. Semento, Judge.

Arif M. Khan and Anila Arif, Orlando, pro se.

Rebecca M. Blechman, of Di Masi Burton, P.A., Orlando, for
Appellee, Chelsea Oaks at Lake Saunders Homeowners
Association, Inc.

No Appearance for Remaining Appellee.

March 3, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---